No. 3943.—PUEBLO, apldo., v. DE JESÚS, aplte.—C. D. Arecibo. ▇▇▇▇▇▇▇ Dic. 18, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

POR CUANTO, el acusado-apelante fué convicto por el jurado del distrito de Arecibo de tentativa de violación, y condenado por la corte de acuerdo con el veredicto; sentencia de la que ha apelado;

POR CUANTO, en esta apelación no se ha presentado transcripción de evidencia, ni exposición del caso, que nos dé a conocer los hechos y la prueba;

POR CUANTO, tampoco se ha presentado alegato de acuerdo con las reglas de este tribunal, limitándose el que aparece en los autos a consideraciones acerca del veredicto y sus fundamentos, sin que se señalen errores,

Por TANTO, debe confirmarse y se confirma la sentencia apelada.